**Opinion issued September 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00345-CV

———————————

## IN RE DALE CLAUDER DUNN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Dale Clauder Dunn, has filed a petition for writ of mandamus, seeking relief from the trial court's temporary order that awarded appellate attorney fees to the real party in interest, Courtney Garcia.[1]

---

[1] The underlying case is *In the Interest of Dunn*, cause number 18-FD-2521, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne Daring presiding.

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a). We withdraw our June 30, 2021 order granting a stay of the temporary order. All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.